UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-239(ADM/AJB)

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v.

KORTNEY LAMONT POWELL,

Defendant.

---

Petitioner has filed a Motion to Withdraw the Plea Agreement in the above-titled matter.

IT IS HEREBY ORDERED THAT the United States respond to this motion on or before November 9, 2006.

Dated: October 24, 2006.

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT