# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-239(ADM)

KORTNEY LAMONT POWELL,

Defendant(s).

I hereby certify that on November 1, 2006, I served, or caused to be served, the following documents:

Government's Response to Defendant Kortney Lamont Powell's Motion to Withdraw Guilty Plea

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Kortney Lamont Powell
Reg. No. 09514-041
PO Box 1000
Oxford, WI 53952

RACHEL K. PAULOSE
United States Attorney

s/Erica H. MacDonald
BY: ERICA H. MACDONALD
Assistant U.S. Attorney