UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v. Criminal No. 00-239(ADM/AJB)

KORTNEY LAMONT POWELL,

Defendant.

---

Before the Court is the Response to Government Response to Defendant Kortney Lamont Powell's Motion to Withdraw Guilty Plea and Memorandum of Law in Support of Response (Docket Nos. 95 & 95).

In an Order dated November 6, 2006, Judge Ann D. Montgomery denied Defendant's Motion to Withdraw Plea Agreement. Upon review of the above mentioned pleadings, which were filed by Defendant after the Court's Order, the Court has determined that the arguments made in these pleadings (Docket Nos. 95 & 96) have already been addressed, and therefore, the Court's Order of November 8, 2006 (Docket No. 94) remains in effect.

Dated: November 15, 2006

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT