**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

**No: 06-3944**

**United States of America,**

**Appellee**

**v.**

**Kortney Lamont Powell,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:00-cr-00239-ADM-1)

---

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a). The motion for leave to proceed pro se is denied as moot.

March 07, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans