**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

FILED
MAR 05 2007
MICHAEL GANS
CLERK OF COURT

**William K. Suter**
Clerk of the Court
(202) 479-3011

February 20, 2007

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Allen Steven Mickle, aka Allen Stevenson Mickle
v. United States
No. 06-8581
(Your No. 05-3799)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
MAR 5 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT