# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 06-3944**

**United States of America,**

**Appellee**

**v.**

**Kortney Lamont Powell,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:00-cr-00239-ADM-1)

---

## MANDATE

In accordance with the judgment of 3/7/07, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 18, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit