PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
SEP 8 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

for the

**DISTRICT OF MINNESOTA**

**United States v. Kortney Lamont Powell**

**Docket No. 0:00CR00239-001(ADM)**

**Petition on Supervised Release**

COMES NOW Michael F. Alberts, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kortney Lamont Powell who was sentenced for three counts of Armed Bank Robbery, on February 13, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program and pay restitution.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Kortney Lamont Powell is scheduled to be released from the custody of the Bureau of Prisons on April 26, 2009. In an effort to assist Kortney Lamont Powell in gaining and maintaining employment upon his release, it is requested the Court modify his conditions of supervision to include the District of Minnesota's employment condition. On August 23, 2008, Kortney Lamont Powell reviewed the proposed modification and executed a Prob 49, Hearing Waiver, offering no objection.

SCANNED
SEP 0 9 2008
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following: If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 8th day of September, 2008, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Michael F. Alberts
U.S. Probation Officer
Telephone: 612-664-5364
Executed on August 18, 2008
Place Minneapolis

☐ Order not executed. Please contact me to discuss this matter further.

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: 612-664-5365